JON W. GURKA (SBN 187964)
MICHELLE E. ARMOND (SBN 227439)
KNOBBE MARTENS OLSEN & BEAR, LLP
2040 MAIN STREET, FOURTEENTH FLOOR
IRVINE, CA 92614
T: (949) 760-0404; F: (949) 760-9502

GARY ROPSKI (Admitted Pro Hac Vice)
LAURA BETH MILLER (Admitted Pro Hac Vice)
ANASTASIA HEFFNER (Admitted Pro Hac Vice)
TIMOTHY P. LUCIER (Admitted Pro Hac Vice)
HERMINE VALIZADEH (Admitted Pro Hac Vice)
BRINKS HOFER GILSON & LIONE
NBC TOWER- SUITE 3600
455 N. CITYFRONT PLAZA DRIVE
CHICAGO IL 60611

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPINE ELECTRONICS, INC., and ALPINE ELECTRONICS OF AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Defendants. | CASE NO. CV07-03458 CAS (MANx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41; [PROPOSED] ORDER** |
| HONEYWELL INTERNATIONAL INC.,<br><br>Counterclaimant,<br><br>v.<br><br>ALPINE ELECTRONICS, INC. AND ALPINE ELECTRONICS OF AMERICA, INC.<br>Counterclaim Defendants. | |

**IT IS HEREBY STIPULATED** by and between the Plaintiffs and Counterclaim Defendants, and Defendants and Counterclaimant, through their respective counsel of record:

1. The parties have reached a settlement and wish to proceed with a dismissal of this action in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a);

2. There is no prevailing party in this action, and the parties shall bear their own costs and attorney fees.

**Respectfully Submitted,**

DATED: JUNE 10, 2009.   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

BY: _____David Martinez_____
DAVID MARTINEZ
J. SCOTT CULPEPPER (*pro hac vice*)
*Attorney for Defendants and Counterclaimant,* HONEYWELL INTERNATIONAL INC. *and* HONEYWELL INTELLECTUAL PROPERTIES INC.

DATED: JUNE 10, 2009.   BRINKS HOFER GILSON & LIONE

BY: _____Anastasia Heffner_____
ANASTASIA HEFFNER
*Attorney for Plaintiffs and Counterclaim Defendants* ALPINE ELECTRONICS, INC. *and* ALPINE ELECTRONICS OF AMERICA, INC.