JON W. GURKA (SBN 187964)
MICHELLE E. ARMOND (SBN 227439)
KNOBBE MARTENS OLSEN & BEAR, LLP
2040 MAIN STREET, FOURTEENTH FLOOR
IRVINE, CA 92614
T: (949) 760-0404; F: (949) 760-9502

GARY ROPSKI (Admitted Pro Hac Vice)
LAURA BETH MILLER (Admitted Pro Hac Vice)
ANASTASIA HEFFNER (Admitted Pro Hac Vice)
TIMOTHY P. LUCIER (Admitted Pro Hac Vice)
HERMINE VALIZADEH (Admitted Pro Hac Vice)
BRINKS HOFER GILSON & LIONE
NBC TOWER- SUITE 3600
455 N. CITYFRONT PLAZA DRIVE
CHICAGO IL 60611

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPINE ELECTRONICS, INC., and ALPINE ELECTRONICS OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Defendants. | CASE NO. CV07-03458 CAS (MANx) <br><br> **ORDER REGARDING RULE 41(a) DISMISSAL WITH PREJUDICE** |
| HONEYWELL INTERNATIONAL INC., <br><br> Counterclaimant, <br><br> v. <br><br> ALPINE ELECTRONICS, INC. AND ALPINE ELECTRONICS OF AMERICA, INC. <br><br> Counterclaim Defendants. | |

**IT IS HEREBY ORDERED** that this matter shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a) as the parties have reached a settlement and stipulated to this dismissal. There is no prevailing party in this action, and the parties shall bear their own costs and attorney fees.

**IT IS SO ORDERED.**

DATED:     JUNE 11, 2009.

*Christina A. Snyder*

The Honorable Christina A. Snyder
United States District Judge

7268954